UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHRISTOPHER GROVES,                          :
                                             :
                              Plaintiff,     :
                                             :        Civil Action No. 14-3407 (SRC)
                    v.                       :
                                             :                  OPINION
AJACO TOWING, INC. et al.,                   :
                                             :
                             Defendants.     :
                                             :
                                             :

**CHESLER, District Judge**

This matter comes before this Court following the Report and Recommendation ("R&R") filed on September 13, 2016 by Magistrate Judge Waldor, pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2). The R&R recommended that the Court grant Defendant's motion to dismiss the Complaint for lack of prosecution. No objections have been received.

The context for the R&R is as follows. On October 13, 2015, Magistrate Judge Waldor granted the motion to withdraw by Plaintiff's previous counsel. Subsequently, Plaintiff neither retained new counsel nor acted *pro se* to continue litigating this case. On April 27, 2016, Magistrate Judge Waldor ordered Plaintiff to appear in person to show cause why this case should not be dismissed for lack of prosecution. A hearing was held on May 23, 2016, and Plaintiff did not appear. Defendant then filed a motion to dismiss for lack of prosecution. On September 13, 2016, Magistrate Judge Waldor issued the instant R&R which recommended that the motion to dismiss be granted.

A magistrate judge's recommended disposition of a dispositive matter is subject to de

novo review.  In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); see also FED. R. CIV.

P. 72(b).  This Court has reviewed the R&R under the appropriate de novo standard, and agrees

with Magistrate Judge Waldor's analysis and conclusion as to Defendant's motion to dismiss for

lack of prosecution.  This Court adopts the R&R issued on September 13, 2016.  Defendant's

motion to dismiss the Complaint will be granted.


             s/Stanley R. Chesler
          STANLEY R. CHESLER, U.S.D.J.


Dated: October 27, 2016